IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      PLAINTIFF,

VS.                                    CASE NO. 1:18-CV-00903-KG-LF

ATLAS ELECTRICAL CONSTRUCTION, INC.

      DEFENDANT.

**JOINT MOTION TO STAY PROCEEDINGS**

      COMES NOW the Plaintiffs Equal Employment Opportunity Commission, by and through their counsel of record, Jeff Lee and Loretta Medina, and Defendant, Atlas Electrical Construction by and through their counsel of record, Jackson Lewis P.C. (Danny W. Jarrett and Andrea K. Robeda) and submit this Joint Motion to Stay Proceedings.  As grounds for this Motion, the parties submit as follows:

1. Plaintiffs filed their Complaint on September 25, 2018 alleging that Atlas engaged in unlawful discrimination by subjecting Romero and other aggrieved individuals to a hostile work environment because of their sex, male.

2. Defendants agreed to Waiver of the Service of Summons on November 12, 2018.  Defendants must file and answer under Rule 12 within 60 days from this date.

3. The Court entered an Initial Scheduling Order on November 16, 2018, wherein a meet and confer must take place by Wednesday, January 2, 2019 to formulate a provision discovery plan and prepare a Joint Status Report and Provisional Discovery Plan which is to be filed with the Court by Wednesday, January 9, 2019.

4. A Rule 16 Scheduling Conference has been set for Wednesday, January 16, 2019 at 2:30 pm.

5. The parties are currently involved in settlement negotiations.

6. A stay of the scheduling conference and discovery, including initial disclosures, therefore may avoid undue burden and expense on the parties and this Court.

7. The parties agree to provide the Court with an update on their settlement progress 30 days from the entry of the Order.

WHEREFORE, the parties respectfully request the Rule 16 Scheduling Conference set in this action for January 16, 2019 be vacated and that this case by stayed while the parties pursue settlement negotiations.

Respectfully submitted:

JACKSON LEWIS P.C.

By: */s/Danny W. Jarrett*
   Danny W. Jarrett, Esq.
   Andrea K. Robeda
800 Lomas Blvd. NW, Suite 200
Albuquerque, New Mexico 87102
Phone: (505)875-8567
Facsimile: (505) 878-0398

AND

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: *Approved Via E-Mail 12/19/2018*
   Jeff Lee, Esq.
   Loretta Medina, Esq.
Albuquerque Area Office
505 Marquette Ave. NW, Suite 900
Albuquerque, NM 87102
(505)248-5231
jeff.lee@eeoc.gov
loretta.medina@eeoc.gov

CERTIFICATE OF SERVICE

We hereby certify that we electronically filed the foregoing pleading through the CM/ECF system on the 19th day of December, 2018, which caused counsel for Plaintiff to be served by electronic means, as documented on the Notice of Electronic Filing:

Jeff Lee, Esq.
Loretta Medina, Esq.
Equal Employment Opportunity Commission
Albuquerque Area Office
505 Marquette Ave. NW, Suite 900
Albuquerque, NM 87102
(505)248-5231
jeff.lee@eeoc.gov
loretta.medina@eeoc.gov


JACKSON LEWIS P.C.


By: */s/Danny W. Jarrett*
       Danny W. Jarrett