IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                Plaintiff,                CIV. NO: 1:18-cv-00903-KG-LF

v.

ATLAS ELECTRICAL CONSTRUCTION, INC.,

                Defendant.

## ORDER

IT IS HEREBY ORDERED that due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, the litigation of this matter shall be STAYED until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

_____
UNITED STATES DISTRICT JUDGE